ELIZABETH WALDOW
LEGAL OFFICER
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

**In The Eastern District of California for the**

**United States District Court**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:06-mj-072-WMW |
| Plaintiff, | ) | ORDER TO SETTING CONDITIONS OF DEFENDANT'S RELEASE FROM CUSTODY |
| v. | ) | |
| NICHOLAS R. TERRY, | ) | Date: May 8, 2007 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Courtroom: U.S. Magistrate |
| | ) | Judge: Hon. William M. Wunderlich |

The United States Government States Government, through its representative Elizabeth Waldow, respectfully requests that the following conditions be imposed during the Defendant's release from custody and pending the adjudication of his criminal charges.

1

The conditions are:
- Defendant shall keep all court appearances and all appointments with his attorney;
- Defendant shall not be present within the Delaware North Corporation land assignment at Curry Village in any establishment where alcoholic beverages are available;
- Defendant shall comply with Delaware North Corporation rules and administrative regulations; and
- Defendant shall attend Alcoholics Anonymous at a minimum of once a week.

These conditions are in addition to the standard terms of release contained in the Standing Order the Yosemite Magistrate Court:
Defendant shall immediately advise the court, defense counsel, the U.S. Attorney and/or the Yosemite Law Enforcement office in writing if, subsequently, arrested or cited by a law enforcement officer;
Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed;
Defendant shall not commit any federal, state, or local crime;
Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informants, juror, or officer of the Court, or obstruct any criminal investigation; and
Defendant shall immediately advise the Court, Pretrial services, defense Counsel and the U.S. Attorney in writing of any change in address ro telephone number.

Respectfully submitted,


Dated:   May 9th, 2007 ,          /s/Elizabeth Waldow
                                  Elizabeth Waldow, Legal Officer
                                  National Park Service


**ORDER**

It is so ordered.


Date:_____        _____
                                  The Hon. William M. Wunderlich
                                  Magistrate Judge for the
                                  Eastern District of California

2

IT IS SO ORDERED.

Dated:   May 10, 2007                              /s/  William M. Wunderlich
                                                  UNITED STATES MAGISTRATE JUDGE